UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
WILLIAM STOVALL,                    :
                                    :
       Petitioner,                 :    Case No. 3:20-cv-1709 (BRM)
                                    :
v.                                  :
                                    :
JAMES SLAUGHTER, et al.,            :    **MEMORANDUM AND ORDER**
                                    :
       Respondents.                :
_____:

Petitioner William Stovall ("Petitioner" or "Stovall") is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (*See* ECF 1.) Petitioner is challenging his convictions on numerous charges from Mercer County in 1994. On August 19, 2020, Petitioner informed this Court that his current address is at the State Correctional Institution Camp Hill in Camp Hill, Pennsylvania. (*See* ECF 11.) Since that time, numerous pieces of mail have been returned to this Court has undeliverable. (*See* ECF 13, 14, 15 and 18.)

A review of the Pennsylvania Department of Corrections inmate locator indicates Petitioner is still incarcerated at SCI Camp Hill. *See http://inmatelocator.cor.pa.gov/#/Result* (last visited October 20, 2020). However, it appears Petitioner's notice of change of address dated August 19, 2020 did not include the proper mailing address for SCI Camp Hill. Therefore, the Clerk shall edit Petitioner's address of record so he can properly receive correspondence from this Court and Respondents.

On September 18, 2020, Respondents filed a motion to dismiss Petitioner's habeas petition along with numerous corresponding exhibits. (*See* ECF 16.) However, their certificate of service indicates an incorrect mailing address for Petitioner at SCI Camp Hill. Accordingly, this Court orders Respondents to reserve its motion to dismiss (along with all corresponding exhibits) on

Petitioner within fourteen (14) days of date of this order at the address of record listed in this order for Petitioner. Respondents shall file a certificate of service within fourteen (14) days of reserving Petitioner their motion to dismiss. Petitioner shall have thirty (30) days after being served the motion to dismiss to file a response to the motion. Respondents shall thereafter have fourteen (14) days to file a reply brief should they elect to do so.

Additionally, it appears Respondents' counsel never entered a notice of appearance despite filing a motion to dismiss. Accordingly, Respondents' counsel shall enter a notice of appearance in this case within fourteen (14) days of the date of this order. Accordingly,

**IT IS** on this 20th day of October 2020,

**ORDERED** the Clerk shall replace Petitioner's address of record as follows: William Stovall, AM 3000, SCI Camp Hill, P.O. Box 8837, 2500 Lisburn Road, Camp Hill, PA 17001; and it is further

**ORDERED** Respondents' counsel shall enter a notice of appearance within fourteen (14) days of the date of this order; and it is further

**ORDERED** Respondents shall serve their motion to dismiss and corresponding exhibits (ECF 16) on Petitioner at his new address of record within fourteen (14) days of the date of this order and shall file a certificate of service with this Court also within fourteen (14) days of the date of this order; and it is further

**ORDERED** the Clerk shall serve this order on Petitioner at his new address of record by regular U.S. mail; and it is further

**ORDERED** the Clerk shall serve this order on Respondents' counsel by regular U.S. mail at Office of the Mercer County Prosecutor, Attn: Mary Stevens, Esq., 209 S. Broad St., 3d Floor, P.O. Box 8068, Trenton, NJ 08650-0068.

*/s/Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**