William Stovall #AM3000
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

March 17, 2021

Honorable Brian R. Martinotti
United States District Judge
Clarkson S. Fisher Bldg, U.S. Courthouse
402 East State Streets
Trenton, New Jersey 08608

RE: Stovall v. Slaughter et al
3:20-cv-01709 (BRM)
Motion For An Extension of Time

Honorable Judge Martinotti:

This petitioner is proceeding Pro'se for a Writ of Habeas Corpus pursuant to 28 U.S.C. par. 2254 (see ECF No.1). On December 8, 2020 this Court granted Petitioners second Motion for an extension of time to reply to Respondents motion to dismiss. Further, on January 14, 2021 Petitioner filed an informal motion for appointment of Pro Bono Counsel, or in the alternative; an extension of time (see ECF No. 29).

On March 2, 2021 I received this Courts order & Memorandum denying the appointment of Pro Bono Counsel without Predudice, but did not address the Request for the extension of time because the Request was not properly submitted or submitted separately

Page 2.

As Required (see ECF No. 29) and Attachment #A.

Please accept this letter in lieu of a formal motion requesting for the third time, an extension of time for a period of thirty days. I respectfully ask that this motion be granted for the following reasons.

Due to the Pandemic of Covid 19, the Prison Administration has arrested many of its previous institutional policy's enacted to govern the normal operation of its facility and now proceed on a random basis, thereby resulting in uncertainty, causing hardships by preventing Petitioner from asserting his rights. For example; normally I would have access to the law library at least three times a week for a period of approximately three and one half hour (3½ hr.) per visit; but now the schedule has changed to about two visits per month and about one hour per visit if you are fortunate, and they don't cancel all law library passes arbitrarily, thus reducing your chances of visiting the law library more than once a month. Further, if you happen to make a minor mistake/error on your request slip they will return it to you unprocessed, (see Attachment #2) because I forgot to place my prison ID number on the Request Slip it was returned.

Further; due to Covid 19 and the arbitrary fashion in which I've been placed in quarantine whenever I leave the prison and return, I lose the opportunity to access the law library. Normally, the required time period one must spend in quarantine was fourteen (14) days however that period has increased substantially from 21 days and in some cases prisoners have remained for forty five (45) days waiting for an open cell. On March 3, 2021 I was taken to the Einstein Hospital in Philadelphia for treatment and to have tests-administered by the Cardiologist. I was returned the same day and presently I have been interned in quarantine and don't

Page 3.

know when I will be Returned To The Prisons General Population.

Further, on a few prior occasions I informed This honorable Court That I was struggling To procure The necessary Relevant documents To prove I was not delinquent in This Tortured Journey To assert My Rights and present My Petition For habeas Corpus Relief. Last Month My son shipped Those documents in question To me, however They were Returned as Undeliverable because The institutions would not Accept it. Contrary To Established Institutional Policy The Prison never Notified me of Their Arrival in order To Afford me The opportunity To appeal Their decision To Reject The Mail. Present I am Trying To Locate an Attorney whom would Copy The documents and mail Them To me.

Lastly; in addition To The abovementioned Reasons, Please Note That This Petitioner is also in The process of preparing an appeal For a matter in state Court. Therefore, This petitioner implore This honorable Court To grant him a Thirty (30) day extension of Time so That he can Reply To Respondents Motion To dismiss his Habeas Corpus petition For being Time barred.

Respectfully Submitted
William Stovall

Enclosures - 2
CC: Filed

**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

TRENTON NJ 085  NEOPOST  FIRST-CLASS MAIL
26 FEB 2021 PM 4 L  02/26/2021
US POSTAGE $000.71⁰

ZIP 08608
041M11292220

WILLIAM STOVALL #210197A/66145
210197A/66145
SCI-PHOENIX
#AM3000
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA 19426

H4102-01    19426-363620

ATTACHMENT #A

ATTACHMENT #2

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) DR. Phil — LAW LIBRARIAN

2. Date: 1-24-21

3. By: (Print Inmate Name and Number) William STOVALL
   Inmate Signature: William Stovall AM 3000

4. Counselor's Name: MS WATSON

5. Unit Manager's Name: STRENKOWSKI

6. Work Assignment: None

7. Housing Assignment: H-A-1012-01

8. Subject: State your request completely but briefly. Give details.

I have a filing date with the Federal Courts which is mandatory. There's a good possibility that I may become time barred because I've been denied access to the Law Library to do typing of motions, briefs and the necessary research. I was last approved to attend on January 15, 21 but that appointment was concealed and that request was placed on the 11th of January 2021 — Please schedule me as soon as you can.

Thank you
William Stovall

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐       To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME   L. Shan
                    Print         Signature         DATE  01/27/21

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*     **Attachment 3-A**

WilliAM STOVAll #AM30.0
SCI-PhoeNix
LeGAl MAiL
1200 Mokychic Drive
Collegeville, PA 19426



Barn Swallow

The HoNoRAble BRIAN R. MARTINOTTi
UNiTed STATes DisTRicT Judge
ClARKSoN S. Fisher Bldg, U.S. CouRThouse
402 eAsT STATe sTReeTs
TReNToN, New JeRsey 08608



"Inmate Mail - PA DEPT. OF CORRECTIONS"