UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM STOVALL, | Civil Action No. 3:20-cv-1709 (BRM) |
| Petitioner, | |
| v. | ORDER |
| JAMES SLAUGHTER, *et al.*, | |
| Respondents. | |

**THIS MATTER** is opened to the Court by Petitioner William Stovall's ("Petitioner") May 7, 2021 letter requesting an extension of time to reply Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus. (ECF No. 41). On April 25, 2021, the Court granted counsel Robert F. Gamburg's, Esq. April 14, 2021 motion for extension of time to reply to Respondents' motion to dismiss (ECF No. 37). (*See* ECF No. 39.) For good cause shown,

**IT IS** on this 12th day of May 2021,

**ORDERED** Petitioner's motion for extension of time (ECF No. 41) is **DENIED** as moot; Petitioner is informed Attorney Gamburg has until June 9, 2021 to file a response to the motion to dismiss; it is further

**ORDERED** the Clerk shall serve this order on Petitioner by regular U.S. mail.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**