# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

WILLIAM STOVALL : CASE NO: 3**:20-cv-1709-BRM**
:
v. :
:
JAMES SLAUGHTER, et. al. :
:

## ORDER

**AND NOW**, to wit, this 10th day of June, 2021, it is hereby **ORDERED** and **DECREED** that Petitioner, William Stovall, is granted a 60 day extension of time to file response to Respondent's Motion to Dismiss.

**BY THE COURT**:

_____
**THE HONORABLE BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT COURT**